# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM CANCIENNE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-10555** |
| **BURL CAIN** | **SECTION "K"(4)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

\_\_\_X\_\_\_\_\_ a certificate of appealability shall not be issued for the following reason(s):

petitioner has not made a "substantial showing of the denial of a constitutional right." Petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. See Order and Opinion entered December 29, 2009.

New Orleans, Louisiana, this 1st day of February, 2010.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**